# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    JOSEPH R. LAWRENCE        :    CHAPTER 13
                                    :
         Debtor                     :    BANKRUPTCY NO. 18-10231

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK:

Kindly withdraw the above debtor's Disclosure of Compensation of Attorney for Debtor in the amount of 4500 Debtor Joseph R. Lawrence, Notice to Individual Debtor Primarily Consumer Debts , Schedules A/B - J , Statement of Financial Affairs for Individual , Summary of Assets and Liabilities and Certain Statistical Information, the Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 3 Years Form 122C-1, Chapter 13 Plan Filed, docket numbers 38, 39, and 40, filed by YOUNG, MARR & ASSOCIATES as the filings were done in the wrong case.

/s/Paul H. Young
Paul H. Young, Esquire
Attorney for Debtor
3554 Hulmeville Road, Ste. 102
Bensalem, PA 19020

Date: December 10, 2018