United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10231-mdc |
| Joseph R. Lawrence | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 13, 2023 | Form ID: 138OBJ | Total Noticed: 46 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph R. Lawrence, 5840 Hope Street, Philadelphia, PA 19120-2412 |
| 14039501 | + | First Bank Puerto Rico, Attn: Bankruptcy, 9795 S Dixie Hwy, Pinecrest, FL 33156-2806 |
| 14039502 | + | First Bank Puerto Rico, Po Box 982238, El Paso, TX 79998-2238 |
| 14047886 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14039518 | + | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 13 2023 23:51:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 13 2023 23:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14039488 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 13 2023 23:51:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14039487 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 13 2023 23:51:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14078393 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Mar 13 2023 23:51:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14039490 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 13 2023 23:51:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14039489 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 13 2023 23:51:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 14039494 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 14 2023 00:04:25 | Citibank / Sears, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14039493 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 14 2023 00:04:36 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14039496 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 14 2023 00:04:49 | Citibank North America, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 14039495 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 14 2023 00:04:20 | Citibank North America, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14039498 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 14 2023 00:04:21 | Citicards Cbna, Pob 6241, Sioux Falls, SD 57117-6241 |
| 14039497 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 14 2023 00:04:50 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |

Case 18-10231-mdc   Doc 50   Filed 03/15/23   Entered 03/16/23 00:32:45   Desc Imaged
                    Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 13, 2023 | Form ID: 138OBJ | Total Noticed: 46 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14039500 | | Email/Text: mrdiscen@discover.com | Mar 13 2023 23:51:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 14044017 | | Email/Text: mrdiscen@discover.com | Mar 13 2023 23:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14039499 | + | Email/Text: mrdiscen@discover.com | Mar 13 2023 23:51:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14039503 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 13 2023 23:51:00 | First National Bank, Attn: FNN Legal Dept, 1620 Dodge St Mailstop Code 3290, Omaha, NE 68191 |
| 14039504 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 13 2023 23:51:00 | First National Bank, Po Box 3412, Omaha, NE 68103 |
| 14041431 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 13 2023 23:51:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14039492 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 14 2023 00:04:15 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 14039491 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 14 2023 00:04:43 | Chase Card Services, Attn: Correspondence, Po Box 15278, Wilmington, DE 19850 |
| 14076521 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 14 2023 00:04:16 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14071925 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 13 2023 23:51:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14074448 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 13 2023 23:51:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14039506 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 13 2023 23:51:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14039507 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 13 2023 23:51:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 14039505 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 13 2023 23:51:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14058604 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 14 2023 00:04:44 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14039752 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 14 2023 00:04:32 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14039508 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 14 2023 00:04:31 | Synchrony Bank/ JC Penney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14039509 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 14 2023 00:04:44 | Synchrony Bank/ JC Penney, Po Box 965007, Orlando, FL 32896-5007 |
| 14039510 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 14 2023 00:04:31 | Synchrony Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14039511 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 14 2023 00:04:43 | Synchrony Bank/American Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 14039512 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 14 2023 00:04:43 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14039513 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 14 2023 00:04:45 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14077754 | + | Email/Text: bncmail@w-legal.com | Mar 13 2023 23:51:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14039516 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 13 2023 23:51:00 | Toyota Mtr, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |

Case 18-10231-mdc    Doc 50    Filed 03/15/23    Entered 03/16/23 00:32:45    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 13, 2023 | Form ID: 138OBJ | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| 14039515 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Mar 13 2023 23:51:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14039514 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Mar 13 2023 23:51:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 14050943 | | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Mar 14 2023 00:04:55 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14039517 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | | Mar 13 2023 23:51:00 | Toyota Mtr, Po Box 9786, Cedar Rapids, IA 52409-0004 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor PNC BANK N.A. bkgroup@kmllawgroup.com |
| PAUL H. YOUNG | on behalf of Debtor Joseph R. Lawrence support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Joseph R. Lawrence

      Debtor(s)

Case No: 18−10231−mdc

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/13/23

49 − 43
Form 138OBJ